DAYLE ELIESON
United States Attorney
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSA G. VANDIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-00362-JAD-CWH<br><br>**DEFENDANT'S UNOPPOSED MOTION**<br>**FOR EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED, by and between Rosa G. Vandiver (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of forty-five (45) days to file her Opposition to Plaintiff's Motion for Summary Judgment. The current due date is July 16, 2018. The new date will be August 30, 2018. An extension of time is needed because the attorney responsible for briefing this case is still recovering from a medical procedure, requiring her to take medical leave, and is now facing a backlog of cases already on extension. This is the first extension of time requested by Defendant in the above. This request is made in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |   |
|---|---|---|
| 1 | . |   |
| 2 | Dated: July 12, 2018 | By: */s/ Marc V. Kalagian*\*<br>MARC V. KALAGIAN<br>Rohlfing & Kalagian, LLP<br>Attorney for Plaintiff<br>(*As authorized via email on 7/12/18) |
| 6 | Dated: July 12, 2018 | DAYLE ELIESON<br>United States Attorney<br><br>*/s/ Gina Tomaselli*<br>GINA TOMASELLI<br>Special Assistant United States Attorney |

IT IS SO ORDERED:

_____
THE HONORABLE CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

DATE: July 16, 2018 _____

IT IS HEREBY CERTIFIED THAT:

I, Gina Tomaselli, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Marc V Kalagian
Rohlfing & Kalagian, LLP
211 E. Ocean Blvd.
Suite 420
Long Beach, CA 90802
Email: marc.kalagian@rksslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2018

DAYLE ELIESON
United States Attorney
District of Nevada

By: */s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant