# EXHIBIT 2

# Declaration of Judy Rojo, the Colony's Tribal Chairman

Norberto J. Cisneros, Esq. NV Bar No. 8782
Barbara M. McDonald, Esq., NV Bar No. 11651
MADDOX & CISNEROS, LLP
3230 S. Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Telephone: (702) 366-1900
Facsimile: (702) 366-1999
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARTELL RANCH LLC, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ESTER M. MCCULLOUGH, *et al.*,<br><br>Defendants. | *Lead Case:*<br>Case No.: 3:21-cv-00080-MMD-CLB<br><br>*Consolidated with:*<br>Case No.: 3:21-cv-00103-MMD-CLB<br><br>**DECLARATION OF JUDY ROJO** |
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | |

I, JUDY ROJO, hereby declare as follows under penalty of perjury:

1. I am an enrolled member and Chairwoman of the Winnemucca Indian Colony ("Colony" or "Tribe").

2. The Colony is a federally recognized Tribe located in Winnemucca, Nevada. The Colony consists of 28 members whose ancestors derive from the Paiute and Shoshone Nations.

3. The Colony has residents, members, and employees who possess direct religious and cultural connections to Thacker Pass, also sometimes known to us as Peehee mu'huh, as our members practice ceremony there, hunt and gather there, and plan on doing so in the future.

4. Our Tribal members practice the Sundance ceremony at or near Thacker Pass/ Peehee mu'huh every year.

5. Our practice of the Sundance originates from the time when Wovoka, a Paiute spiritual leader, shared the Paiute Ghost Dance to leaders in South Dakota and returned with the Sundance, which incorporated our traditions.

6. The Sundance ceremony is a sacred prayer dance and rigorous ceremony lasting ten days and requiring sacrifice and commitment.

7. On February 22, 2000, my close relative, Glen Wasson, was murdered at the Winnemucca Indian Colony, and since then, I have personally committed to perform the Sundance every year with our other members, as the ceremony carries the promise of healing through a demanding process of purification, sacrifice and prayer.

8. The Sundance is a way of life for our members, a way of reaching through seven generations back and forward for betterment.

9. To build the Thacker Pass Lithium Mine on lands held sacred to our members would be like raping the earth and our culture.

10. In addition to the Sundance, Tribal members engage in vision quests at or near Thacker Pass/ Peehee mu'huh. A vision quest entails isolation and deep

contemplation in the natural environment. Such vision quests are of important religious significance to Tribal members.

11. Tribal members also hunt deer, rabbit, and ground hogs at Thacker Pass/Peehee mu'huh.

12. Tribal members also gather medicinal plants at Thacker Pass/Peehee mu'huh.

13. Thacker Pass/Peehee mu'huh is further sacred to us, as we believe our ancestors were murdered there during an 1865 massacre.

14. The Federal Bureau of Land Management ("BLM") did not provide the Colony a reasonable opportunity to identify concerns about historic properties in Thacker Pass/Peehee mu'huh, advise on the identification and evaluation of historic properties there, including those of traditional religious and cultural importance, articulate views on the Thacker Pass Lithium Mine Project's ("the Project's") effects on such properties, or participate in the resolution of adverse effects as required by the National Historic Preservation Act (NHPA) before the Thacker Pass Record of Decision ("ROD") and Plan of Operations ("POO") was issued.

15. On April 14, 2021, Kathleen Rehberg, Humboldt River Field Office Field Manager for BLM, sent me a letter, asking if the Colony considered any of the archaeological sites contained in the POO as having religious or cultural importance.

16. On April 19, 2021, I wrote a letter to Ms. Rehberg and expressed the Colony's opposition to the Project, at least until the Colony had the opportunity to review and assess for ourselves the sufficiency of the data collected and operational plans of the Project.

17. I further explained that our Colony had been actively working to reclaim our trust lands, especially over the last three years, cleaning up massive amounts of solid and hazardous waste that had accumulated over the past few decades on our trust lands; that we were working to remove the three or more criminal drug enterprises

operating on the Colony; and that meanwhile, we were initiating an economic development plan in hopes of becoming financially self-sufficient.

18. I further stated to Ms. Rehberg that we were concerned about the fact that surface water flowing through Water Canyon Creek over the past 40-50 years had diverted and nearly dried up the drainage except during snowmelt and active rain storms; that groundwater had been pumped and diverted from Colony trust lands to the City of Winnemucca, private irrigators, and other users; and that as the Project was located between the Quinn River and Kings River, each of which were in our aboriginal territory, we were concerned about potential adverse impact from diversion.

19. My efforts to communicate with BLM occurred during a time that the Colony was embroiled in a twenty-year long litigation with the BIA regarding lack of services and funding to the Colony and our aforementioned efforts to remove criminal drug enterprises on our Colony land.

20. As a result of lack of funding, the Colony does not have a Tribal Resources Officer.

21. Today, I am further concerned about the effects of pollution of said waters and its adverse impact on water serving the Colony.

22. I am also concerned about the effects of pollution on the sacred land where we hold the Sundance, and the land where we hunt and gather medicinal herbs.

23. I further stated to Ms. Rehberg that the Colony was very concerned about the protection and conservation of our aboriginal lands that are under the jurisdiction and influence of the BLM. We believed there may be archaeological sites, religious and traditional sites, and areas of cultural importance to our Colony that may be desecrated or destroyed.

24. I further stated the Colony was concerned that BLM had not adequately complied with its own Tribal Consultation Policy and Handbook, 1780-1, and more specifically with implementation of Environmental Protection Agency's Environmental

Justice Program to include tribes and tribal members to effectively provide for environmental and public health protection in Indian Country in areas of Environmental Justice.

25. I further stated that the Colony was surprised and concerned that both the BLM and the Nevada State Historic Preservation Office had approved the Historic Properties Treatment Plan (HPTP) to mitigate impacts to archaeological sites in the mine's POO boundary without any talks or discussion with the Colony. We were concerned that Final Formatted LNC Thacker HPTP stated that consultation was held with the Winnemucca Indian Colony beginning in 2017 and continued to date, as we believed that it was not true, and that BLM or others had in fact not consulted with the Winnemucca Indian Colony regarding the Project. I asked for dates and individual names of anyone in the Colony or documents, positions taken, who may have discussed this Project with BLM or its representatives.

26. On July 14, 2021, because BLM did not respond to the Colony's April 19 letter, I sent a letter, copying BLM, to Jean Prijatel, Manager in the Environmental Review Branch, United States Environmental Protection Agency.

27. Therein I repeated the concerns set forth in my April 19, 2021, letter to the BLM.

28. If the Colony is provided a reasonable opportunity to consult with the BLM about effects to Thacker Pass/Peehee mu'huh's historic properties, the Colony will advise BLM about its concerns, including those herein stated. The Colony will encourage BLM to allocate Thacker Pass/Peehee mu'huh to the "Conservation for Future Use" and "Traditional Use" categories and to provide Thacker Pass/Peehee mu'huh with long-term preservation as described in BLM Manual 8110. 12 21.

29. If the Colony is provided a reasonable opportunity to participate in the resolution of adverse effects to historic properties in Thacker Pass/Peehee mu'huh, the Colony will help the BLM understand that gouging seven, 40-meter-long, several-

29. If the Colony is provided a reasonable opportunity to participate in the resolution of adverse effects to historic properties in Thacker Pass/Peehee mu'huh, the Colony will help the BLM understand that gouging seven, 40-meter-long, several-meter-deep trenches and hand-digging as many as 525 holes into land hallowed by the massacre of our ancestors and where we observe religious ceremonies severely disrespects our culture and traditions, causes us extreme emotional and spiritual distress, and is a desecration of the worst kind.

30. If BLM and Lithium Nevada still insist on disrespecting our traditional ways, distressing us emotionally and spiritually, and desecrating land we consider sacred, the Colony will advise BLM on how to perform this desecration in the most sensitive manner possible. Because the desecration of Thacker Pass/Peehee mu'huh is so imminent, the Colony is forced to seek relief, including preliminary relief, in order to protect its interests in protecting historic properties the Colony attaches religious and cultural significance to.

31. I swear under penalty of perjury that the foregoing is true and correct to the the best of my knowledge.

Dated this 10th day of February, 2022.

_Judy Rojo_
Judy Rojo